No. 3195. TORRES, APPELLEE, *v.* RAMOS, APPELLANT.—District Court of Ponce. Decided December 21, 1923. Appeal

dismissed on motion of the appellee because of the appellant's failure to file the transcript in time.